**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: Keldi Perez aka Keldi Osiris Perez aka Keldi O. Perez**<br>**Rosemary Antonia Jimenez aka Rosemary Antonia Jimenez-Contraras aka Rosemary Jimenez aka Rosemary A Jimenez-Contreras**<br>**Debtor(s)** | **BK NO. 26-02200 MJC**<br><br>**Chapter 13** |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

Kindly enter my appearance on behalf of MIDFIRST BANK and index same on the master mailing list.

Respectfully submitted,

/s/Maggie Soboleski

Maggie Soboleski
12 Aug 2026, 11:35:14, EDT

KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322