NAVY FEDERAL Credit Union®

09/02/2026

U.S. BANKRUPTCY COURT FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

197 SOUTH MAIN STREET
WILKES-BARRE, PA, 18701

RE: **Withdrawal of Claim**
KELDI O PEREZ (Debtor(s))

Bankruptcy Case No. 26-02200

Dear Court Clerk:

Please withdraw claim number 14 in the amount of $1,463.22 from the above-referenced bankruptcy case number. The claim was filed by Navy Federal Credit Union on 08/27/2026.

Thank you for your attention to this matter.

Sincerely,

Navy Federal Credit Union

Navy Federal is federally insured by NCUA.
© 2026 Navy Federal NFCU 40165-CO-BKCCCLWTHDPOC (4-26)

PO Box 3000 Merrifield VA 22119-3000