UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>KELDI PEREZ,<br>ROSEMARY ANTONIA JIMENEZ,<br>Debtor | :<br>:<br>:<br>: | CHAPTER 13 |
| JACK N. ZAHAROPOULOS<br>STANDING CHAPTER 13 TRUSTEE<br>Movant | :<br>:<br>:<br>: | CASE NO. 5:26-BK-02200-MJC |
| KELDI PEREZ,<br>ROSEMARY ANTONIA JIMENEZ,<br>Respondent | :<br>:<br>:<br>: | |

TRUSTEE'S OBJECTION TO DEBTORS' CLAIM OF EXEMPTIONS

AND NOW, on this 5th day of October 2026, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, and objects to Debtors' exemptions for the following reasons:

1. Trustee objects to the exemptions claimed under 11 U.S.C §522(d)(2).
   a. Auto
2. Trustee objects to the exemptions claimed under 11 U.S.C §522(d)(5).
   a. Exemption is overused.

WHEREFORE, Trustee requests that this Honorable Court sustain the Trustee's Objection to Debtor's Exemptions.

Respectfully submitted,

/s/ Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717)566-6097

CERTIFICATE OF SERVICE

AND NOW, this 5th day of October 2026, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first-class mail, addressed to the following:

RAYMOND W. FERRARIO, ESQUIRE
538 BIDEN STREET
SUITE 528
SCRANTON, PA 18503

/s/ Ashley Schott
Office of Jack N. Zaharopoulos
Standing Chapter 13 Trustee

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | |
| KRISTINE MUREN, | : | |
| Debtor | : | CHAPTER 13 |
| | : | |
| JACK N. ZAHAROPOULOS | : | |
| STANDING CHAPTER 13 TRUSTEE | : | |
| Movant | : | CASE NO. 5:26-BK-02335-MJC |
| | : | |
| KRISTINE MUREN, | : | |
| Respondent | : | |
| | : | |
| | : | |

**ORDER**

Upon consideration of Trustee’s Objection to Debtor’s Exemptions, IT IS HEREBY ORDERED that Trustee’s Objection to Exemptions is sustained.