United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02200-MJC
Keldi Perez Chapter 13
Rosemary Antonia Jimenez
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Oct 05, 2026 Form ID: ntcnfhrg Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keldi Perez, Rosemary Antonia Jimenez, 1108 Watson Street, Scranton, PA 18504-2922 |
| 5822869 | + | Fbt/imprint, Po Box #2047, New York, NY 10013-0882 |
| 5822894 | + | Silverman Theologou LLP, 1120 Rockville Pike, Suite 520, N. Bethesda, MD 20852-1408 |
| 5822899 | + | Wf Bank Na, Attn: Bankruptcy, P.O.Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5822853 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 05 2026 19:13:20 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5829751 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:20 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822854 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 05 2026 19:13:12 | AidVantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5830445 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 19:13:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5822855 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 19:13:30 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5822856 | + | Email/Text: dltlegal@hab-inc.com | Oct 05 2026 19:11:00 | Berkheimer Assoc, HAB-EIT, PO Box 25132, Lehigh Valley, PA 18002-5132 |
| 5822857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2026 19:13:19 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5822858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Ccb/saks, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 5822859 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2026 19:13:31 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5822860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank, Attn: Bankruptcy Department, Po Box 182125, Columbu, OH 43218-2125 |
| 5822861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5822862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5822863 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5822864 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 05 2026 19:10:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

| | | | | |
|---|---|---|---|---|
| 5822865 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2026 19:13:11 | Credit One Bank, Attn: Bankruptcy Dept., 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5822867 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 05 2026 19:11:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5822868 | + | Email/Text: mrdiscen@discover.com | Oct 05 2026 19:10:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5822870 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 05 2026 19:11:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 5822871 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 05 2026 19:11:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5822872 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 05 2026 19:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5822873 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2026 19:11:00 | Internal Revenue Service, Centralized Insolvency Op.eration, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5831048 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2026 19:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5830043 | + | Email/Text: RASEBN@raslg.com | Oct 05 2026 19:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5822874 | + | Email/Text: bankruptcy@kikoff.com | Oct 05 2026 19:11:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5822875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:15 | LVNV Funding LLC/Resurgent Capital, Resurgent Correspondence, Attn: BK, Po Box 1269, Greenville, SC 29602-1269 |
| 5828270 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:15 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822879 | | Email/Text: EBN@Mohela.com | Oct 05 2026 19:11:00 | Mohela/dofed, Mohela, Attn: BK, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5830874 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:31 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5835756 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2026 19:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5822877 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:31 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5822876 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Midland Mortgage, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 5822878 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:31 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5822880 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 19:11:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 5822882 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5836320 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 5836319 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3100, MERRIFIELD, VA 22119-3100 |
| 5822881 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 5822884 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3000, Merrifield, VA 22116-3000 |
| 5828570 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 5822885 | + | Email/Text: bankruptcy@ondeck.com | Oct 05 2026 19:11:00 | Ondeck Cap, Attn: Bankruptcy, 1400 Broadway, New York, NY 10018-5300 |
| 5822886 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2026 19:11:00 | PA Department of Revenue, Bankruptcy Section, Department 280946, Harrisburg, PA 17128-0946 |
| 5827869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:13 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5822888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:31 | Portfolio Recovery Assoc. LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5822889 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:20 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5827223 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:31 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5822887 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2026 19:13:21 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5838822 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2026 19:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5830088 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2026 19:11:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5822890 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 05 2026 19:13:20 | Raymour & Flannigan / Wells Fargo, Wells Fargo Bank, N.A., Attn: BK, P.O. Box 522, Des Moines, IA 50306-0522 |
| 5826864 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 19:11:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5822892 | | Email/Text: bankruptcy@self.inc | Oct 05 2026 19:11:00 | Self Financial Inc., Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 5822893 | | Email/Text: bankruptcy@self.inc | Oct 05 2026 19:11:00 | Self/ Atlantic Capital Bank, Attn: Bankruptcy, 901 E 6th Street, Suite 400, Austin, TX 78702 |
| 5822891 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 19:11:00 | Santander Bank, Santander Consumer USA Inc Attn Bk, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5822895 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Syncb/B&H, Attn: Bankruptcy, P.O. Box 965065,, Orlando, FL 32896-5065 |
| 5822896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5823858 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5836318 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | US DEPT HOUSING & URBAN DEVELOPMENT, 801 MARKET ST. 12TH FLOOR, PHILADELPHIA, PA 19107 |
| 5822898 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 05 2026 19:13:31 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5828475 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 05 2026 19:13:13 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5822883 | | Navy Federal Cr Union |
| 5830475 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830481 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830450 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830451 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5822866 | *+ | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| Raymond W. Ferrario | on behalf of Debtor 2 Rosemary Antonia Jimenez raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Raymond W. Ferrario | on behalf of Debtor 1 Keldi Perez raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

# UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF PENNSYLVANIA

In re:

Keldi Perez,
aka Keldi Osiris Perez, aka Keldi O. Perez,

**Debtor 1**

Rosemary Antonia Jimenez,
aka Rosemary Antonia Jimenez−Contraras, aka
Rosemary Jimenez, aka Rosemary A Jimenez−Contreras,

**Debtor 2**

Chapter 13

Case No. 5:26−bk−02200−MJC

## Notice

The hearing on confirmation of the Plan of reorganization of both Debtors is scheduled for the date indicated below.

**November 5, 2026** is the deadline for filing objections to confirmation of the Plan. Please note that evidentiary hearings will not be conducted at the time of the confirmation hearing. If it is determined during the confirmation hearing that an evidentiary hearing is required, the evidentiary hearing will be scheduled for a future date. The confirmation hearing scheduled below will be called even if an amended plan is filed before the hearing or a notice with a different hearing date is filed by counsel.

| | |
|---|---|
| United States Bankruptcy Court Max Rosenn US Courthouse, Courtroom 2, 197 South Main Street, Wilkes−Barre, PA 18701 | Date: November 12, 2026<br>Time: 10:00 AM |

A copy of the Plan can be obtained by accessing the case docket through PACER, or from the Bankruptcy Clerk's Office at the address listed below during normal business hours.

Initial requests for a continuance of hearing *( L.B.F. 9013−4, Request to Continue Hearing/Trial with Concurrence)* shall be filed with the Court. Requests received by the Court within twenty−four (24) hours of the hearing will not be considered except in emergency situations. Additional requests for continuance must be filed as a Motion.

Requests to participate in a hearing remotely shall be made in accordance with L.B.R. 9074−1.

Photo identification is required upon entering the Courthouse.

| | |
|---|---|
| **Address of the Bankruptcy Clerk's Office:**<br>Max Rosenn U.S. Courthouse<br>197 South Main Street<br>Wilkes−Barre, PA 18701<br>(570) 831−2500 | **For the Court:**<br>Seth F. Eisenberg<br>Clerk of the Bankruptcy Court:<br>By: MichaelMcHugh, Deputy Clerk |
| Hours Open: Monday − Friday 9:00 AM − 4:00 PM | Date: October 5, 2026 |

ntcnfhrg (08/21)