United States Bankruptcy Court
Middle District of Pennsylvania

In re: Case No. 26-02200-MJC
Keldi Perez Chapter 13
Rosemary Antonia Jimenez
Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-5 User: AutoDocke 
Date Rcvd: Oct 05, 2026 Form ID: pdf002 Total Noticed: 64

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 07, 2026:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Keldi Perez, Rosemary Antonia Jimenez, 1108 Watson Street, Scranton, PA 18504-2922 |
| 5822869 | + | Fbt/imprint, Po Box #2047, New York, NY 10013-0882 |
| 5822894 | + | Silverman Theologou LLP, 1120 Rockville Pike, Suite 520, N. Bethesda, MD 20852-1408 |
| 5822899 | + | Wf Bank Na, Attn: Bankruptcy, P.O.Box 51193, Los Angeles, CA 90051-5493 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 5822853 | + | Email/PDF: AffirmBKNotifications@resurgent.com | Oct 05 2026 19:13:32 | Affirm, Inc., Attn: Bankruptcy, 650 California St, Fl 12, San Francisco, CA 94108-2716 |
| 5829751 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:15 | Affirm, Inc., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822854 | + | Email/PDF: ADVS_EBN_BKR_AUTO@advs.aidvantage.com | Oct 05 2026 19:13:12 | AidVantage, PO Box 300001, Greenville, TX 75403-3001 |
| 5830445 | | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 19:13:18 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5822855 | + | Email/PDF: bncnotices@becket-lee.com | Oct 05 2026 19:13:31 | Amex, CorrespondenceBankruptcy, Po Box 981535, El Paso, TX 79998-1535 |
| 5822856 | + | Email/Text: dltlegal@hab-inc.com | Oct 05 2026 19:11:00 | Berkheimer Assoc, HAB-EIT, PO Box 25132, Lehigh Valley, PA 18002-5132 |
| 5822857 | + | Email/PDF: AIS.cocard.ebn@aisinfo.com | Oct 05 2026 19:13:19 | Capital One, AttN: Bankruptcy, Po Box 30285, Salt Lake City, UT 84130-0285 |
| 5822858 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Ccb/saks, Comenity Capital Bank, Bankruptcy Depart, Po Box 182125, Columbus, OH 43218-2125 |
| 5822859 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Oct 05 2026 19:13:18 | Chase Card Services, Attn: Bankruptcy, Po Box 15299, Wilmington, DE 19850-5299 |
| 5822860 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank, Attn: Bankruptcy Department, Po Box 182125, Columbu, OH 43218-2125 |
| 5822861 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Buckle, Attn: Bankruptcy, P.O.Box 182273, Columbus, OH 43218-2273 |
| 5822862 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Wayfair, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5822863 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Oct 05 2026 19:11:00 | Comenity Bank/Zales, Attn: Bankruptcy, Po Box 182125, Columbus, OH 43218-2125 |
| 5822864 | + | Email/Text: ebnnotifications@creditacceptance.com | Oct 05 2026 19:10:00 | Credit Acceptance, Attn: Bankruptcy, 25505 West 12 Mile Road Ste 3000, Southfield, MI 48034-8331 |

| | | | | |
|---|---|---|---|---|
| 5822865 | + | Email/PDF: creditonebknotifications@resurgent.com | Oct 05 2026 19:13:20 | Credit One Bank, Attn: Bankruptcy Dept., 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |
| 5822867 | + | Email/Text: ElectronicBkyDocs@nelnet.studentaid.gov | Oct 05 2026 19:11:00 | Dept Of Education/neln, Po Box 82561, Lincoln, NE 68501-2561 |
| 5822868 | + | Email/Text: mrdiscen@discover.com | Oct 05 2026 19:10:00 | Discovercard, Po Box 30939, Salt Lake City, UT 84130-0939 |
| 5822870 | + | Email/Text: bankruptcy@flagshipcredit.com | Oct 05 2026 19:11:00 | Flagship Credit Acceptance, Attn: Bankruptcy, Po Box 3807, Coppell, TX 75019-5877 |
| 5822871 | + | Email/Text: GenesisFS@ebn.phinsolutions.com | Oct 05 2026 19:11:00 | Genesis FS Card Services, Attn: Bankruptcy, Po Box 4477, Beaverton, OR 97076-4401 |
| 5822872 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Oct 05 2026 19:11:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, Po Box 70379, Philadelphia, PA 19176-0379 |
| 5822873 | | Email/Text: sbse.cio.bnc.mail@irs.gov | Oct 05 2026 19:11:00 | Internal Revenue Service, Centralized Insolvency Op.eration, Post Office Box 7346, Philadelphia, PA 19101-7346 |
| 5831048 | | Email/Text: JCAP_BNC_Notices@jcap.com | Oct 05 2026 19:11:00 | Jefferson Capital Systems, LLC, PO BOX 7999, SAINT CLOUD, MN 56302-9617 |
| 5830043 | + | Email/Text: RASEBN@raslg.com | Oct 05 2026 19:10:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 5822874 | + | Email/Text: bankruptcy@kikoff.com | Oct 05 2026 19:11:00 | Kikoff, Attn: Bankruptcy, 75 Broadway Suite 226, San Fransico, CA 94111-1458 |
| 5822875 | + | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:32 | LVNV Funding LLC/Resurgent Capital, Resurgent Correspondence, Attn: BK, Po Box 1269, Greenville, SC 29602-1269 |
| 5828270 | | Email/PDF: resurgentbknotifications@resurgent.com | Oct 05 2026 19:13:21 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5822879 | | Email/Text: EBN@Mohela.com | Oct 05 2026 19:11:00 | Mohela/dofed, Mohela, Attn: BK, 633 Spirit Drive, Chesterfield, MO 63005 |
| 5830874 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:20 | MidFirst Bank, 999 NorthWest Grand Boulevard, Oklahoma City, OK 73118-6051 |
| 5835756 | + | Email/Text: bankruptcydpt@mcmcg.com | Oct 05 2026 19:11:00 | Midland Credit Management, Inc., PO Box 2037, Warren, MI 48090-2037 |
| 5822877 | | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:31 | Midland Mortgage, PO Box 268959, Oklahoma City, OK 73126-8959 |
| 5822876 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:20 | Midland Mortgage, 999 Nw Grand Blvd, Oklahoma City, OK 73118-6051 |
| 5822878 | + | Email/PDF: ais.midfirst.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Midland Mortgage Co, Attn: Customer ServiceBankruptcy, Po Box 26648, Oklahoma City, OK 73126-0648 |
| 5822880 | + | Email/Text: nsm_bk_notices@mrcooper.com | Oct 05 2026 19:11:00 | Mrc/united Wholesale M, Attn: Bankruptcy, P.O. Box 619098, Dallas, TX 75261-9098 |
| 5822882 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FCU, Attn: Bankruptcy, P.O.Box 3000, Merrifield, VA 22119-3000 |
| 5836320 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FEDERAL CREDIT UNION, 820 FOLLIN LANE, VIENNA, VA 22180-4907 |
| 5836319 | | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | NAVY FEDERAL CREDIT UNION, PO BOX 3100, MERRIFIELD, VA 22119-3100 |
| 5822881 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Fcu, Attn: Bankruptcy, Po Box 3300, Merrifield, VA 22119-3300 |
| 5822884 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Federal Credit Union, Attn: Bankruptcy, Po |

| | | | | |
|---|---|---|---|---|
| | | | | Box 3000, Merrifield, VA 22116-3000 |
| 5828570 | + | Email/Text: ext_ebn_inbox@navyfederal.org | Oct 05 2026 19:11:00 | Navy Federal Credit Union, PO BOX 3000, Merrifield VA 22119-3000 |
| 5822885 | + | Email/Text: bankruptcy@ondeck.com | Oct 05 2026 19:11:00 | Ondeck Cap, Attn: Bankruptcy, 1400 Broadway, New York, NY 10018-5300 |
| 5822886 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Oct 05 2026 19:11:00 | PA Department of Revenue, Bankruptcy Section, Department 280946, Harrisburg, PA 17128-0946 |
| 5827869 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:31 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 5822888 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:31 | Portfolio Recovery Assoc. LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5822889 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:20 | Portfolio Recovery Associates, LLC, Attn: Bankruptcy, 120 Corporate Boulevard, Norfolk, VA 23502 |
| 5827223 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Oct 05 2026 19:13:13 | Portfolio Recovery Associates, LLC, POB 12914, Norfolk VA 23541 |
| 5822887 | + | Email/PDF: MerrickBKNotifications@Resurgent.com | Oct 05 2026 19:13:18 | Plusfinance/cws, Attn: Bankruptcy, P.O.Box 9203, Old Bethpage, NY 11804-9003 |
| 5838822 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2026 19:11:00 | Quantum3 Group LLC as agent for, Comenity Capital Bank, PO Box 788, Kirkland, WA 98083-0788 |
| 5830088 | | Email/Text: bnc-quantum@quantum3group.com | Oct 05 2026 19:11:00 | Quantum3 Group LLC as agent for, MOMA Trust LLC, PO Box 788, Kirkland, WA 98083-0788 |
| 5822890 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 05 2026 19:13:13 | Raymour & Flannigan / Wells Fargo, Wells Fargo Bank, N.A., Attn: BK, P.O. Box 522, Des Moines, IA 50306-0522 |
| 5826864 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 19:11:00 | SANTANDER CONSUMER USA Inc., P.O. Box 560284, Dallas, TX 75356-0284 |
| 5822892 | | Email/Text: bankruptcy@self.inc | Oct 05 2026 19:11:00 | Self Financial Inc., Attn: Bankruptcy, 515 Congress Ave #2200, Austin, TX 78701 |
| 5822893 | | Email/Text: bankruptcy@self.inc | Oct 05 2026 19:11:00 | Self/ Atlantic Capital Bank, Attn: Bankruptcy, 901 E 6th Street, Suite 400, Austin, TX 78702 |
| 5822891 | + | Email/Text: enotifications@santanderconsumerusa.com | Oct 05 2026 19:11:00 | Santander Bank, Santander Consumer USA Inc Attn Bk, P.O. Box 961245, Fort Worth, TX 76161-0244 |
| 5822895 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:19 | Syncb/B&H, Attn: Bankruptcy, P.O. Box 965065,, Orlando, FL 32896-5065 |
| 5822896 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:11 | Syncb/Crate & Barrel, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5822897 | + | Email/PDF: ais.sync.ebn@aisinfo.com | Oct 05 2026 19:13:18 | Synchrony Bank/Care Credit, Attn: Bankruptcy, Po Box 965060, Orlando, FL 32896-5060 |
| 5823858 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | U.S. Department of Housing and Urban Development, 801 Market Street 12th Floor, Philadelphia, PA 19107 |
| 5836318 | | Email/PDF: OGCRegionIIIBankruptcy@hud.gov | Oct 05 2026 19:13:32 | US DEPT HOUSING & URBAN DEVELOPMENT, 801 MARKET ST. 12TH FLOOR, PHILADELPHIA, PA 19107 |
| 5822898 | + | Email/PDF: ais2.BankruptcynoticesExceptions@aisinfo.com | Oct 05 2026 19:13:20 | Wells Fargo Bank NA, Attn: Bankruptcy, Po Box 393, Minneapolis, MN 55480-0393 |
| 5828475 | | Email/PDF: ais.BankruptcynoticesCCSBKOperations@aisinfo.com | Oct 05 2026 19:13:12 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |

TOTAL: 60

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5822883 | | Navy Federal Cr Union |
| 5830475 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830481 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830448 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830450 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5830451 | * | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 5822866 | *+ | Credit One Bank, Attn: Bankruptcy Dept, 6801 Cimarron Rd, Las Vegas, NV 89113-2273 |

TOTAL: 1 Undeliverable, 6 Duplicate, 0 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 07, 2026 Signature: /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on October 5, 2026 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Jack N Zaharopoulos | ecf@pamd13trustee.com |
| Maggie Soboleski | on behalf of Creditor MIDFIRST BANK msoboleski@kmllawgroup.com |
| Raymond W. Ferrario | on behalf of Debtor 1 Keldi Perez raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| Raymond W. Ferrario | on behalf of Debtor 2 Rosemary Antonia Jimenez raymondwferrariopc@comcast.net ferrariobk@comcast.net |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 5

**LOCAL BANKRUPTCY FORM 3015-1**

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE:<br>Keldi Perez<br>Rosemary Antonia Jimenez | CHAPTER 13<br>CASE NO. 5:26-bk-02200<br><br>☐ ORIGINAL PLAN<br>1st AMENDED PLAN (Indicate #)<br>☑ Number of Motions to Avoid Liens<br>☑ Number of Motions to Value Collateral |

**CHAPTER 13 PLAN**

**NOTICES**

Debtors must check one box on each line to state whether or not the plan includes each of the following items. If an item is checked as "Not Included" or if both boxes are checked or if neither box is checked, the provision will be ineffective if set out later in the plan.

| | | | |
|---|---|---|---|
| 1 | The plan contains nonstandard provisions, set out in § 9, which are not included in the standard plan as approved by the U.S. Bankruptcy Court for the Middle District of Pennsylvania. | ☑ Included | ☐ Not Included |
| 2 | The plan contains a limit on the amount of a secured claim, set out in § 2.E, which may result in a partial payment or no payment at all to the secured creditor. | ☑ Included | ☐ Not Included |
| 3 | The plan avoids a judicial lien or nonpossessory, nonpurchase-money security interest, set out in § 2.G. | ☑ Included | ☐ Not Included |

**YOUR RIGHTS WILL BE AFFECTED**

READ THIS PLAN CAREFULLY. If you oppose any provision of this plan, you must file a timely written objection. This plan may be confirmed and become binding on you without further notice or hearing unless a written objection is filed before the deadline stated on the Notice issued in connection with the filing of the plan.

**1. PLAN FUNDING AND LENGTH OF PLAN.**

**A. Plan Payments From Future Income**

1. To date, the Debtor paid $1325.00 (enter $0 if no payments have been made to the Trustee to date). Debtor shall pay to the Trustee for the remaining term of the plan the following payments. If applicable, in addition to monthly plan payments, Debtor shall make conduit payments through the Trustee as set forth below. The total base plan is $43,143.61, plus other payments and property stated in § 1B below:

| Start mm/yy | End mm/yy | Plan Payment | Estimated Conduit Payment | Total Monthly Payment | Total Payment Over Plan Tier |
|---|---|---|---|---|---|
| 09/26 | 09/26 | 1,325.00 | 0.00 | 1,325.00 | 1,325.00 |
| 10/26 | 08/31 | 708.79 | 0.00 | 708.79 | 41,818.61 |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | Total Payments: | $43,143.61 |

2. If the plan provides for conduit mortgage payments, and the mortgagee notifies the Trustee that a different payment is due, the Trustee shall notify the Debtor and any attorney for the Debtor, in writing, to adjust the conduit payments and the plan funding. Debtor must pay all post-petition mortgage payments that come due before the initiation of conduit mortgage payments.

Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

3. Debtor shall ensure that any wage attachments are adjusted when necessary to conform to the terms of the plan.

4. *Check One:*

☑ Debtor is at or under median income.
*If this is checked, the rest of § 1.A.4 need not be completed or reproduced.*

**B. Additional Plan Funding From Liquidation of Assets/Other**

1. The Debtor estimates that the liquidation value of this estate is $0.00. (Liquidation value is calculated as the value of all non-exempt assets after the deduction of valid liens and encumbrances and before the deduction of Trustee fees and priority claims.)

*Check one of the following two lines:*

☑ No assets will be liquidated. *If this is checked, skip § 1.B.2 and complete § 1.B.3 if applicable*

☐ Certain assets will be liquidated as follows:

2. In addition to the above specified plan payments, Debtor shall dedicate to the plan proceeds in the estimated amount of $__ from the sale of property known and designated as __. All sales shall be completed by __. If the property does not sell by the date specified, then the disposition of the property shall be as follows:

___

3. Other payments from any source(s) (describe specifically) shall be paid to the Trustee as follows:

___

**2. SECURED CLAIMS.**

**A. Pre-Confirmation Distributions.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.A need not be completed or reproduced.*

**B. Mortgages (Including Claims Secured by Debtor's Principal Residence) and Other Direct Payments by Debtor.** *Check One*:

☐ None.
*If this is checked, the rest of § 2.B need not be completed or reproduced.*

☑ Payments will be made by the Debtor directly to the creditor according to the original contract terms, and without modification of those terms unless otherwise agreed to by the contracting parties. All liens survive the plan if not avoided or paid in full under the plan.

| Name of Creditor | Description of Collateral | Last Four Digits of Account Number |
|---|---|---|
| MidFirst Bank | 1108 Watson Street Scranton, PA 18504 Lackawanna County PIN 15613060029. Instrument No. 2011011378. Per appraisal by J Conrad Bosley, certified appraiser | 8642 |
| Santander Bank | 2021 Dodge Durango 58000 miles Good condition. KBB value is $22690. Santander asserts the value at $23500 per it POC #4. | 1000 |

**C. Arrears (Including, but not limited to, claims secured by Debtor's principal residence).** *Check One:*

☐ None.
*If this is checked, the rest of § 2.C need not be completed or reproduced.*



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

☑ The Trustee shall distribute to each creditor set forth below the amount of arrearages in the allowed claim. If post-petition arrears are not itemized in an allowed claim, they shall be paid in the amount stated below. Unless otherwise ordered, if relief from the automatic stay is granted as to any collateral listed in this section, all payments to the creditor as to that collateral shall cease, and the claim will no longer be provided for under § 1322(b)(5) of the Bankruptcy Code:

| Name of Creditor | Description of Collateral | Estimated Pre-petition Arrears to be Cured | Estimated Post-petition Arrears to be Cured | Estimated Total to be paid in plan |
|---|---|---|---|---|
| MidFirst Bank | 1108 Watson Street Scranton, PA 18504 Lackawanna County PIN 15613060029. Instrument No. 2011011378. Per appraisal by J Conrad Bosley, certified appraiser | $9,711.97 | $0.00 | $9,711.97 |

D. **Other secured claims (conduit payments and claims for which a § 506 valuation is not applicable, etc.)**

☑ None.
*If this is checked, the rest of § 2.D need not be completed or reproduced.*

E. **Secured claims for which a § 506 valuation is applicable.** *Check One:*

☐ None.
*If this is checked, the rest of § 2.E need not be completed or reproduced.*

☑ Claims listed in the subsection are debts secured by property not described in § 2.D of this plan. These claims will be paid in the plan according to modified terms, and liens retained until the earlier of the payment of the underlying debt determined under nonbankruptcy law or discharge under §1328 of the Code. The excess of the creditor's claim will be treated as an unsecured claim. Any claim listed as "$0.00" or "NO VALUE" in the "Modified Principal Balance" column below will be treated as an unsecured claim. The liens will be avoided or limited through the plan or Debtor will file an adversary or other action (select method in last column). To the extent not already determined, the amount, extent or validity of the allowed secured claim for each claim listed below will be determined by the court at the confirmation hearing. Unless otherwise ordered, if the claimant notifies the Trustee that the claim was paid, payments on the claim shall cease.

| Name of Creditor | Description of Collateral | Value of Collateral (Modified Principal) | Interest Rate | Total Payment | Plan, Adversary or Other Action |
|---|---|---|---|---|---|
| US Dept Housing and Urban Dev. | 1108 Watson Street Scranton, PA 18504 Lackawanna County PIN 15613060029. Instrument No. 2011011378. Per appraisal by J Conrad Bosley, certified appraiser | NO VALUE | 0.00% | $0.00 | Plan |

F. **Surrender of Collateral.** *Check One:*

☑ None.
*If this is checked, the rest of § 2.F need not be completed or reproduced.*

G. **Lien Avoidance.** *Do not use for mortgages or for statutory liens, such as tax liens. Check One:*

☐ None.
*If this is checked, the rest of § 2.G need not be completed or reproduced.*

☑ The Debtor moves to avoid the following judicial and/or nonpossessory, non-purchase money liens of the following creditors pursuant to § 522(f) (this § should not be used for statutory or consensual liens such as mortgages).

| | |
|---|---|
| Name of Lien Holder | Navy Fcu |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| | |
|---|---|
| Lien Description<br>For judicial lien, include court and docket number | Opened 08/22 Last Active 06/24<br>Judgment Lien |
| Description of the liened property | 1108 Watson Street Scranton, PA 18504 Lackawanna County PIN 15613060029. Instrument No. 2011011378. Per appraisal by J Conrad Bosley, certified appraiser |
| Liened Asset Value | $186,000.00 |
| Sum of Senior Liens | $245,077.77 |
| Exemption Claimed | $1.00 |
| Amount of Lien | $8,791.24 |
| Amount Avoided | $67,870.01 |

| | |
|---|---|
| Name of Lien Holder | PA Department of Revenue |
| Lien Description<br>For judicial lien, include court and docket number | 8/29/2024<br>Statutory Lien |
| Description of the liened property | 1108 Watson Street Scranton, PA 18504 Lackawanna County PIN 15613060029. Instrument No. 2011011378. Per appraisal by J Conrad Bosley, certified appraiser |
| Liened Asset Value | $186,000.00 |
| Sum of Senior Liens | $223,170.05 |
| Exemption Claimed | $1.00 |
| Amount of Lien | $3,979.72 |
| Amount Avoided | $41,150.77 |

**3. PRIORITY CLAIMS.**

**A. Administrative Claims**

1. Trustee's Fees. Percentage fees payable to the Trustee will be paid at the rate fixed by the United States Trustee.

2. Attorney's fees. Complete only one of the following options:

a. In addition to the retainer of $1500 already paid by the Debtor, the amount of $3500 in the plan. This represents the unpaid balance of the presumptively reasonable fee specified in L.B.R. 2016-2(c); or

b. The balance of fees owed to the attorney for the debtor(s) is estimated to be $N/A. This estimate is used in determining compliance with § 1322(a)(2) and feasibility under § 1325(a)(6). Additional fees may be approved under § 330. If allowance of such fees would alter the treatment or distribution to secured or priority creditors under this plan, the debtor must seek modification under § 1329. Approved fees may reduce the distribution to general unsecured creditors, consistent with the priority scheme established in this plan.

3. Other. Other administrative claims not included in §§ 3.A.1 or 3.A.2 above.
*Check one:*

☑ None.
*If this is checked, the rest of § 3.A.3 need not be completed or reproduced.*

**B. Priority Claims (including, certain Domestic Support Obligations)**

Allowed unsecured claims, entitled to priority under § 1322(a) will be paid in full unless modified under § 9.

| Name of Creditor | Estimated Total Payment |
|---|---|
| *PA Department of Revenue | $3,979.72 |
| Berkheimer Assoc | $4,519.14 |



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

| Name of Creditor | Estimated Total Payment |
|---|---|
| Berkheimer Assoc | $7,581.65 |
| Internal Revenue Service | $9,520.04 |

C. **Domestic Support Obligations assigned to or owed to a governmental unit under 11 U.S.C. §507(a)(1)(B).** *Check one:*

☑ None.
*If this is checked, the rest of § 3.C need not be completed or reproduced.*

4. **UNSECURED CLAIMS**

A. **Claims of Unsecured Nonpriority Creditors Specially Classified.**
*Check one:*

☑ None.
*If this is checked, the rest of § 4.A need not be completed or reproduced.*

B. **Remaining allowed unsecured claims will receive a pro-rata distribution of funds remaining after payment of other classes.**

5. **EXECUTORY CONTRACTS AND UNEXPIRED LEASES.** *Check one:*

☑ None.
*If this is checked, the rest of § 5 need not be completed or reproduced.*

6. **VESTING OF PROPERTY OF THE ESTATE.**

**Property of the estate will vest in the Debtor upon**

*Check the applicable line:*

☑ plan confirmation.
☐ entry of discharge.
☐ closing of case.

7. **DISCHARGE:** *(Check one)*

☑ The debtor will seek a discharge pursuant to § 1328(a).
☐ The debtor is not eligible for a discharge because the debtor has previously received a discharge described in § 1328(f).

8. **ORDER OF DISTRIBUTION:**

If a pre-petition creditor files a secured, priority or specially classified claim after the bar date, the Trustee will treat the claim as allowed, subject to objection by the Debtor.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com

Payments from the plan will be made by the Trustee in the following order:
Level 1: ________
Level 2: ________
Level 3: ________
Level 4: ________
Level 5: ________
Level 6: ________
Level 7: ________
Level 8: ________

*If the above Levels are filled in, the rest of § 8 need not be completed or reproduced.* If the above Levels are not filled-in, then the order of distribution of plan payments will be determined by the Trustee using the following as a guide:

Level 1: Adequate protection payments.
Level 2: Debtor's attorney's fees.
Level 3: Domestic Support Obligations.
Level 4: Priority claims, pro rata.
Level 5: Secured claims, pro rata.
Level 6: Specially classified unsecured claims.
Level 7: Timely filed general unsecured claims.
Level 8: Untimely filed general unsecured claims to which the Debtor has not objected.

## 9. NONSTANDARD PLAN PROVISIONS

Include the additional provisions below or on an attachment. Any nonstandard provision placed elsewhere in the plan is void. (NOTE: The plan and any attachment must be filed as one document, not as a plan and exhibit.)

A. Debtor will file an adversary complaint to determine the dischargeability of the two student loan debt claims to Mohela U.S. Department of Education for $6148 and $2726. Until they are discharged by the Bankruptcy Court in this case, they will be deemed as general unsecured creditor claims under this Plan.

B. Debtor will file an adversary action to determine the secured status of Navy Federal Credit Union, which currently holds a judgment for $8700 against the Debtor. Until it is discharged by the Bankruptcy Court in this case, it be deemed as a general unsecured creditor claim under this Plan.

Dated: September 24, 2026

/s/ Raymond W. Ferrario
Raymond W. Ferrario 35096
Attorney for Debtor

/s/ Keldi Perez
Keldi Perez
Debtor

/s/ Rosemary Antonia Jimenez
Rosemary Antonia Jimenez
Joint Debtor

By filing this document, the debtor, if not represented by an attorney, or the Attorney for Debtor also certifies that this plan contains no nonstandard provisions other than those set out in § 9.



Software Copyright (c) 1996-2026 Best Case, LLC - www.bestcase.com